# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-1751
LT Case No. 59-2022-CF-560-A

———————————————

ROBERT LEE SHULL,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

3.801 Appeal from the Circuit Court for Seminole County.
Michael Joseph Rudisill, Judge.

Robert Lee Shull, DeFuniak Springs, pro se.

No Appearance for Appellee.

January 6, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and MAKAR and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____